UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/23/08

**Charles Chu**
**98 A 5710**
**Clinton Correctional Facility**
**P.O. Box 2001**
**Dannamora, New York 12929-2001**
                                    Petitioner,

– against –

**Dale Artus, Superintendent,**
                                    Respondent.

Case No.07-CV-6684 (RJS)
AMENDED
ORDER TO SHOW CAUSE

RICHARD J. SULLIVAN, District Judge:

Upon the Amended Petition for issuance of a writ of habeas corpus pursuant to 28 U.S.C. 2254, a copy of which is annexed, it is hereby ORDERED that:

Respondents shall show cause why a writ of habeas corpus should not be issued.

The Clerk of the Court shall serve a copy of this Order, the underlying Amended petition, and supporting documents, if any, contained in the Clerk's file by certified mail, upon Robert Morgenthau, District Attorney of New York County, 1 Hogan Place, New York, NY 10280 and shall also mail a copy of this Order to the petitioner. Respondent shall file an answer or motion **and** a notice of appearance herein within sixty (60) days from the date of this Order. Transcripts of all relevant proceedings, the briefs submitted on appeal, and the record in any state post-conviction proceedings shall be submitted.

The petitioner has submitted a document entitled "Memorandum of Law in support of Habeas Corpus Petition, which this Court will construe as an Amended Petition.

IT IS FURTHER ORDERED that petitioner shall have thirty (30) days from the date on which he is served with respondent's answer to file a response. The petition will be considered fully submitted as of that date.

**SO ORDERED.**

_____
Richard J. Sullivan
U.S.D.J.

Dated: New York, New York
       January 23, 2008