UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/9/08
```

CHARLES CHU,

                Petitioner,

-v-

DALE ARTUS, Superintendent, Clinton Correctional Facility,

                Respondent.

No. 07 Civ. 6684 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    On January 8, 2008, Petitioner Charles Chu ("Petitioner" or "Chu") filed an amended Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 challenging his conviction in the Supreme Court of the State of New York, New York County. On January 23, 2008, the Court issued an amended Order to Show Cause, directing respondent to file a response to the amended petition within 60 days. The January 23, 2008 Order also directed that petitioner would have 30 days from the date of filing of the respondent's answer to file a response.

    Respondent's answer was filed on March 7, 2008. No reply papers from petitioner have been received by the Court. Accordingly, the Court shall grant petitioner one final opportunity to submit reply papers in response to the answer. Petitioner shall submit his reply papers, if any, to the *Pro Se* Office for filing on or before August 8, 2008. The petition shall be deemed fully submitted on that date, regardless of whether petitioner has submitted reply papers.

SO ORDERED.

Dated:     July 9, 2008
            New York, New York

                                        RICHARD J. SULLIVAN
                                        UNITED STATES DISTRICT JUDGE