```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/6/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHARLES CHU,

               Petitioner,

-v-

DALE ARTUS, Superintendent, Clinton Correctional Facility,

               Respondent.

No. 07 Civ. 6684 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    On July 9, 2008, this Court granted petitioner Charles Chu one last opportunity to file reply papers to respondent's opposition in the above-captioned case by August 8, 2008. The Court is now in receipt of a letter from petitioner dated July 28, 2008 in which petitioner requests that the Court give him "a brief time extension" in which to file his reply papers. Petitioner asserts that an extension is needed because "the extent of respondent's brief requires considerable effort" and because he lacks resources with which to prepare his opposition.

    Petitioner's request is granted. Petitioner shall submit his reply papers, if any, to the *Pro Se* Office for filing on or before September 8, 2008. Absolutely no further extensions will be granted.

SO ORDERED.

Dated:     August __, 2008
            New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE

<u>Copies of this order have been mailed to</u>:

Charles Chu
98-A-5710
Clinton Correctional Facility
P.O. Box 2001
Dannemora, NY 12929

Mark Dwyer, Esq.
Assistant District Attorney
New York County
One Hogan Place
New York, NY 10013